In the Matter of the General Assignment for the Benefit of Creditors of LONG ISLAND SASH & DOOR CORPORATION.

CITY OF NEW YORK, Appellant; UNITED STATES OF AMERICA, Respondent.

Argued November 12, 1940; decided November 26, 1940.

714

*William C. Chanler*, Corporation Counsel (*Paxton Blair*, *Sol Charles Levine* and *Charles H. Birdsall* of counsel), for appellant.

*Harold M. Kennedy*, United States Attorney (*Mario Pittoni* and *Vine H. Smith* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. CONWAY, J., dissents on the authority of *United States* v. *Guaranty Trust Co.* (280 U. S. 478) and *United States* v. *Marxen* (307 U. S. 200).